**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
    Plaintiff,

       vs.                           Criminal No. 99-344-12(PG)

LUIS A. NAZARIO-RODRIGUEZ,
a.k.a "Peluca",
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #665** - Motion Notifying Violations of Supervised Release Conditions and the Request For The Issuance of a Warrant. | **A WARRANT OF ARREST AGAINST THIS DEFENDANT SHALL BE ISSUED BY THE CLERK'S OFFICE. ONCE ARRESTED HE SHALL BE BROUGHT BEFORE A MAGISTRATE JUDGE FOR INITIAL REVOCATION HEARING.** |

Date: November 28, 2004.

                                        S/JUAN M. PÉREZ-GIMÉNEZ
                                        U.S. District Judge