IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

UNITED STATES OF AMERICA

V.                                                CASE NO. 99CR00344-12 (PG)

LUIS A. NAZARIO-RODRIGUEZ
A.K.A. "Peluca"

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

ORDER

Upon petition of MARTIN DE SANTIAGO, U.S. PROBATION OFFICER of this Court, alleging that the offender, LUIS A. NAZARIO-RODRIGUEZ, has failed to comply with his conditions of supervised release, it is **ORDERED** that offender appear before this Court on _December 15_ 2004 at _9:00 A.m._, for a hearing to show cause, if there be any, why his supervised release on the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the offender's arrest, and provide the defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _28th_ day of NOVEMBER 2004.

JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE