AO 442 (Rev. 12/85) Warrant for Arrest

# U N I T E D   S T A T E S   D I S T R I C T   C O U R T

## JUDICIAL  *DISTRICT OF*  PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **W A R R A N T   F O R   A R R E S T** |
| **vs** | **CASE NUMBER: Cr. 99-344-012 (PG)** |
| **LUIS A. NAZARIO-RODRIGUEZ**<br>**F-6th Street, Urb. Hermanas Dávila**<br>**Bayamón, PR 00959** | |

To:    The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest   **LUIS A. NAZARIO-RODRIGUEZ**

(Name)

and bring him forthwith to the nearest magistrate to answer an

[ ] Indictment          [ ] Information          [ ] Complaint

[ ] Order of court     [ X ] Violation Notice   [ ] Violation of bail
                                               Conditions

charging him with (brief description of offense)

Violation of conditions of supervised release term.
Copy of the motion and order is attached.

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| JUAN M. PEREZ-GIMENEZ | U.S. DISTRICT JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| | December 6, 2004 at Hato Rey, PR |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ _____ | By:  Frances Ríos de Morán, |
| | Name of Judicial Officer |
| | By:  S/JANETGONZALEZ |
| | Deputy Clerk |

AO 442 (Rev. 12/85) Warrant for Arrest

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____     WEIGHT: _____

SEX: ___Male_____     RACE: _____

HAIR: _____     EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

AO 442 (Rev. 12/85) Warrant for Arrest