IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br><br>Plaintiff<br><br>v.<br><br>LUIS A. NAZARIO-RODRIGUEZ<br><br>Defendant | CR. NO. 99-344-12 (PG) |

**ORDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

    (1)   is financially unable to employ counsel,

    (2)   does not wish to waive counsel,

and because the interest of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC  November 30, 2004.

At San Juan, Puerto Rico, on   December 8, 2004.

                                                  FRANCES RIOS DE MORAN
                                                  Clerk of the Court

                                                  By: S/ Janet González
                                                      Janet González
                                                      Deputy Clerk