IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Start: 3:31 P.M.
End: 3:34 P.M.

MINUTES OF PROCEEDINGS - INITIAL APPEARANCE            DATE: December 10, 2004

BEFORE HONORABLE CAMILLE L. VELEZ-RIVE, U. S. MAGISTRATE JUDGE

| United States of America | CASE NO. 99-344 (PG) |
|---|---|
| Plaintiff | COURTROOM DEPUTY: Yelitza Rivera-Buonomo |
| v | COURT INTERPRETER: |
| 12- LUIS A. NAZARIO-RODRIGUEZ | Attorneys:<br>For Plaintiff: |
| Defendant(s) | PTS: N. Mendez |
|  | INT. |
|  | For Defendant(s): AFPD MARITERE ARSUAGA |
|  | Arrest Date: 12/10/04 |

__X__ Initial appearance held.

__X__ Defendant was interviewed by Pretrial Services Officer.

__X__ Defendant was advised of the charges, rights, and given a copy of

_____ Complaint _____ Indictment _____ Information __X__ Other

__X__ Preliminary on revocation hearing is set for **December 15, 2004 at 9:00 A.M. before Judge Perez-Gimenez**

__X__ Defendant is committed.

__X__ Defendant(s) will be represented by Federal Public Defender as already ordered by the Presiding Judge.


S/Yelitza Rivera-Buonomo
Yelitza Rivera-Buonomo
Deputy Clerk