AO 470 (8/85) Order of Temporary Detention

# United States District Court

_For the_ DISTRICT OF _P. R._

UNITED STATES OF AMERICA

V.

12 - Luis A. Nazario - Rodriguez
_Defendant_

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: 99-344 (PG)

Upon motion of the _Probation Officer_, it is ORDERED that a show cause ~~detention~~ hearing is set for _Dec. 15, 2004_ * at _9:00 AM_
                                                         _Date_                _Time_

before _Judge Juan Pérez-Giménez_
_Name of Judicial Officer_

---

_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____ ) and produced for the hearing.
_Other Custodial Official_

Date: _Dec. 10, 2004_

S/ Camille L. Vélez-Rivé
U.S. Magistrate Judge
_Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

 A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.