CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 01-2250

UNITED STATES,

Appellee,

v.

LUIS A. NAZARIO RODRIGUEZ,

Defendant, Appellant.

Before

Lynch, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered: October 28, 2004

After a thorough review of the record and of the parties' submissions, we affirm in part, vacate in part, and remand for resentencing.

Given the nature of the offense and Nazario's background and characteristics, we see no abuse of discretion in the court's imposition of a special condition requiring disclosure of Nazario's financial information upon request. The condition will allow the probation officer to detect any disparity between Nazario's limited educational and employment background, on the one hand, and his income and lifestyle on the other, a disparity which might indicate a return to illegal activity. See <u>United States v. Melendez-Santana</u>, 353 F.3d 93, 107 (1st Cir. 2003) ("Forcing [appellant] to provide financial records to the probation officer would assist the officer in detecting whether he has returned to his criminal ways."); <u>United States v. Mansur-Ramos</u>, 348 F.3d 29, 33 (1st Cir. 2003) ("The special condition allows the court, through the probation department, to monitor the appellant's earnings and

identify any potential disparity between his income and his lifestyle.").

The drug treatment condition of supervised release is vacated insofar as it delegates to the probation officer the discretion to determine whether the appellant should enter drug treatment upon testing positive for drug usage. The drug testing condition is vacated insofar as it delegates to the probation officer the authority to set the number of tests. We remand the matter in light of <u>Melendez-Santana</u>, 353 F.3d at 106.

<u>Judgment affirmed in part; vacated in part and remanded</u>. <u>See</u> 1st Cir. R. 27(c).

        By the Court:

        Richard Cushing Donovan, Clerk.

        MARGARET CARTER

  By: _____
        Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] 12/28/04

[cc: Cert Copies to Hon. Juan M. Perez-Giminez and Frances Rios
    de Moran, Clerk, USDC for the District of Puerto Rico]
  [cc: Messrs. Gauthier-Inesta, Perez-Sosa, Vega Pacheco
      and Ms's Gonzalez de Miranda and Vega]