IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


UNITED STATES OF AMERICA

V.                                                    CASE NO. 99CR00344-12(PG)

LUIS A. NAZARIO-RODRIGUEZ
A.K.A. "Peluca"
*** *** *** *** *** *** ***

ORDER

Upon petition of MIRIAM FIGUEROA, U.S. PROBATION OFFICER of this Court, alleging

that the offender, LUIS A. NAZARIO-RODRIGUEZ, has failed to comply with his conditions of

supervised release, it is **ORDERED** that offender appear before this Court on _____

2006 at _____, for a hearing to show cause, if there be any, why his supervised release on

the above-entitled case should not be revoked. Thereupon, the offender to be dealt with pursuant to law.

At this hearing, offender will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding warrant for the offender's arrest, and provide the

defense counsel and counsel for the government with copy of this Order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this     day of April 2006.


_____
JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE