IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

(6 minutes)

MINUTES OF PROCEEDINGS                                    **July 17, 2006**

HONORABLE MAGISTRATE JUDGE ROBERT B. COLLINGS

COURTROOM DEPUTY: Brenda GONZALEZ              Cr. 99-344-12 (PG)

COURT REPORTER: FTR

COURT INTERPRETER: Janis PALMA                         PO:

==================================================================

                                                **Attorneys for**

United States of America                          Plaintiffs: AUSA Jenifer Hernandez

   vs.

Luis A. Nazario-Rodriguez                          Defendants: AFPD Carlos Vazquez

---

Defendant was brought before the Magistrate Judge by the U. S. Marshals upon an arrest warrant issued on February 3, 1997, by order of Senior Judge Perez-Gimenez per violation of his supervised release conditions.    Defendant was advised that a **Preliminary Hearing, in re: Supervised Release Violation is set for July 21, 2006, at 9:30 AM before the Magistrate Judge**. The financial affidavit is approved. The Federal Public Defender is appointed to represent defendant.

As to detention, the Government proffered that defendant failed to provide urine specimen, did not comply with treatment and defendant absconded.    The Government request detention without bail due to danger to the community and risk of flight.    Defense counsel informed that defendant is homeless and did not have information or evidence to provide at this time.  The Court ordered defendant detained.

s/ Brenda Gonzalez
Brenda Gonzalez
Courtroom Deputy Clerk

s/c: AUSA, USM, PTSO, PO, FPD