IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

VS.                                      CASE NO. 99-344-12 (PG)

LUIS A. NAZARIO-RODRIGUEZ

Defendant

ORDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

       (1)    is financially unable to employ counsel,

       (2)    does not wish to waive counsel,

and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substituted attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____.

At San Juan, Puerto Rico, on _____ July 17, 2006 _____.

FRANCES RIOS DE MORAN
Clerk of the Court

By:    s/ Brenda Gonzalez-De la Concha
          Brenda Gonzalez-De la Concha
          Courtroom Deputy Clerk