# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

Scheduled Time: 9:30
Starting Time: :
Adjourned Time: :

HONORABLE MAGISTRATE JUDGE ROBERT B. COLLINGS

COURTROOM DEPUTY CLERK: Brenda González      DATE: July 21, 2006

COURT INTERPRETER: N/A                        CASE NO.: 99-344 (PG)

COURT REPORTER: FTR not used

| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>V.<br><br>LUIS A. NAZARIO-RODRIGUEZ<br><br>Defendant | Attorneys: AUSA Julia Diaz-Rex<br><br><br><br><br><br>Rafael Andrade, AFPD |
|---|---|

Preliminary Hearing, in re: Supervised Release Violation was not held. DUSM Fernando Diaz informed the undersigned that defendant was hospitalized and it is unknown when he will be discharged. The Court ordered the parties to file an informative motion as to defendant's health status, when he may possibly be discharged from the hospital and available to have the hearing. The hearing will be referred to another magistrate judge.

*s/ Brenda Gonzalez*
BRENDA GONZALEZ
Courtroom Deputy Clerk