# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



**MINUTES OF PROCEEDINGS:**                                2 minutes

**HONORABLE CAMILLE L. VELEZ-RIVE**              **DATE:** August 11, 2006

**COURTROOM DEPUTY:** Yelitza RIVERA-BUONOMO     **CV. NO. 99-344(PG)**

**COURT REPORTER:** FTR                         **INT:** Hilda Gutierrez

**Probation Officer: Myriam Figueroa**

========================================================================

                                              Attorneys:

UNITED STATES OF AMERICA                      AUSA JULIA DIAZ-REX

v.

12-LUIS A. NAZARIO-RODRIGUEZ                  AFPD HECTOR RAMOS

========================================================================

**CASE CALLED FOR ORDER TO SHOW CAUSE/SUPERVISED RELEASE.**

Defendant did not contest the allegations included in the motion filed by Probation Officer Figueroa. The Court found probable cause as to the violations and referred the case to Judge Perez-Gimenez for final revocation proceedings.

                                              S/Yelitza Rivera-Buonomo
                                              Deputy Clerk